# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CMLS MANAGEMENT, INC., et al., | CASE NO. 1:11-cv-01756-AWI-SKO |
| Plaintiffs, | **ORDER HOLDING IN ABEYANCE CONSIDERATION OF PLAINTIFF'S RESPONSE TO THE ORDER TO SHOW CAUSE** |
| v. | |
| FRESNO COUNTY SUPERIOR COURT, et al., | |
| Defendants. | |

## I.   INTRODUCTION

Plaintiffs filed this suit on October 20, 2011, against the Fresno County Superior Court, Judge Donald Franson, and Judge Mark W. Snauffer pursuant to 42 U.S.C. § 1983. (Doc. 2.)  On February 14, 2012, the Court issued an order that Plaintiffs show cause why this action should not be dismissed for failure to serve the complaint and for lack of subject matter jurisdiction. (Doc. 7.)

On February 15, 2012, Plaintiffs filed executed summonses, and on February 22, 2012, they filed a response to the Court's order to show cause as it related to the doctrine of judicial immunity and the implications of any such immunity on the Court's subject matter jurisdiction. (Doc. 11.)  On February 28, 2012, Plaintiffs and Defendants filed a stipulation that Defendants be permitted until March 30, 2012, to file a response to the complaint.

## II. DISCUSSION AND CONCLUSION

Defendants have now been served and will file a response to the complaint on or before March 30, 2012. (Doc. 13.) In light of this procedural posture, it is appropriate that Defendants have an opportunity to address the Court's subject matter jurisdiction in their response to the complaint.

Accordingly, the Court will HOLD IN ABEYANCE consideration of Plaintiffs' response to the February 14, 2012, order to show cause until Defendants have had an opportunity to address the issues of judicial immunity and subject matter jurisdiction in response to the complaint, to the extent they wish to do so.

IT IS SO ORDERED.

**Dated:    February 29, 2012**              /s/ Sheila K. Oberto
                                             UNITED STATES MAGISTRATE JUDGE